KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
EDWIN L. JOE (SBN 112328)
Special Assistant United States Attorney

455 Market Street, 6th Floor
San Francisco, California  94105-2420
Telephone:   (415) 744-8494
Facsimile:   (202) 481-1810 or (415) 744-6812
Email:       edwin.joe@sba.gov

Attorneys for Federal Plaintiff

RECEIVED

2005 JUN 14  A 10: 34

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:05cv3257

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>　　v.<br><br>MILEPOST VENTURES, L.P.<br><br>　　Defendant. | Civil Case No. C 05 – 1195 EMC<br><br>E-Filing |

## COMPLAINT FOR RECEIVERSHIP AND INJUNCTION

COMES NOW Plaintiff, the United States of America, on behalf of its agency, the Small Business Administration, and for its cause of action states as follows:

//

1

COMPLAINT FOR RECEIVERSHIP AND INJUNCTION

## PARTIES, JURISDICTION AND VENUE

1. This is a civil action brought by the United States on behalf of its agency, the Small Business Administration (hereinafter, "SBA," "Agency" or "Plaintiff"), whose central office is located at 409 Third Street, S.W., Washington, DC 20416.

2. Jurisdiction is conferred on this Court by virtue of the Small Business Investment Act of 1958, as amended (hereinafter, the "Act"), Sections 308(d), 311, and 316; 15 U.S.C. §§687(d), 687c, 687h; the Small Business Act, 15 U.S.C. §634(b)(1); and 28 U.S.C. §1345.

3. Defendant, Milepost Ventures, LP (hereinafter "Milepost" or "Licensee"), is a Delaware limited partnership formed on or about May 27, 1998 that maintains its principal place of business at One Embarcadero Center, Suite 3250, San Francisco, California 94104. Venue is therefore proper under 15 U.S.C. §§ 687(d), 687h and 28 U.S.C. §1391(b).

## Statutory and Regulatory Framework

4. Milepost was licensed by SBA as a Small Business Investment Company ("SBIC") pursuant to Section 301(c) of the Act, 15 U.S.C. §681(c) on or about December 4, 1998 under SBA License No. 09/79-0417 solely to do business under the provisions of the Act and the regulations promulgated thereunder.

5. Milepost's sole general partner is Milepost Ventures Management, Inc.

6. Milepost's Limited Partnership Agreement contains an acknowledgement by Milepost that the SBIC would be operated in accordance with the Regulations and the Act at all times.

7. Section 308(c) of the Act, 15 U.S.C. §687(c), empowers SBA to prescribe regulations to carry out the provisions of the Act and to govern the operations of SBICs. SBA

COMPLAINT FOR RECEIVERSHIP AND INJUNCTION

has duly promulgated such regulations, which are codified at Title 13 of the Code of Federal Regulations, Part 107 (the "Regulations").

8.  Section 303 of the Act, 15 U.S.C. §683, authorizes SBA to provide leverage to licensed SBICs.

9.  Pursuant to Section 303 of the Act, 15 U.S.C. §683, SBA provided funds to Milepost through the purchase and/or guaranty of the following Participating Securities, a form of Leverage, as those terms are defined under the Regulations, in the total principal amount of $16,265,000 as follows:

| Loan No. | Amount | Date Issued | Rate |
| --- | --- | --- | --- |
| 02025351-04 | 1,000,000 | 7/22/99 | 7.540 |
| 02025352-02 | 1,250,000 | 11/03/99 | 8.017 |
| 02025353-00 | 1,000,000 | 02/02/99 | 8.017 |
| 02025354-09 | 250,000 | 12/02/99 | 8.017 |
| 02025355-07 | 1,000,000 | 12/29/99 | 8.017 |
| 02025356-05 | 1,000,000 | 1/19/00 | 8.017 |
| 02025357-03 | 1,000,000 | 1/27/00 | 8.017 |
| 02025358-01 | 200,000 | 2/03/00 | 8.017 |
| 02025359-10 | 225,000 | 04/04/00 | 7.449 |
| 02025360-02 | 750,000 | 7/17/00 | 7.449 |
| 02025361-00 | 325,000 | 7/25/00 | 7.449 |
| 02027751-06 | 575,000 | 7/25/00 | 7.449 |
| 02027752-04 | 175,000 | 8/07/00 | 7.449 |
| 02027753-02 | 175,000 | 8/07/00 | 7.449 |
| 02027754-00 | 650,000 | 8/14/00 | 7.449 |
| 02027755-09 | 250,000 | 8/14/00 | 7.449 |
| 02027756-07 | 150,000 | 9/15/00 | 6.640 |
| 02027757-05 | 220,000 | 9/15/00 | 6.640 |
| 02027758-03 | 625,000 | 9/21/00 | 6.640 |
| 02027759-01 | 1,500,000 | 9/21/00 | 6.640 |
| 02027760-04 | 225,000 | 12/15/00 | 6.640 |
| 02027761-02 | 1,000,000 | 12/15/00 | 6.640 |
| 02027762-00 | 50,000 | 3/2/01 | 6.344 |
| 02027763-09 | 50,000 | 3/9/01 | 6.344 |
| 02027764-07 | 50,000 | 3/20/01 | 6.344 |
| 02027765-05 | 750,000 | 3/30/01 | 6.344 |
| 02027766-03 | 200,000 | 4/10/01 | 6.344 |

**COMPLAINT FOR RECEIVERSHIP AND INJUNCTION**

| | | | |
|---|---|---|---|
| 02027767-01 | 50,000 | 8/29/01 | 6.030 |
| 02027768-10 | 700,000 | 11/20/02 | 4.524 |
| 02027769-08 | 870,000 | 4/17/03 | 1.820 |

Currently, the entire amount of the Participating Securities balance of $16,265,000 remains outstanding.

10. The Participating Securities described in paragraph 9, above, are subject to and incorporated by reference in the Regulations, including but not limited to the provision of 13 C.F.R. §§107.1820-1850 and §107.507.

11. Section 308(d) of the Act, 15 U.S.C. §687(d), provides that upon determination and adjudication of noncompliance or violation of the Act or the Regulations, all of the rights, privileges and franchises of a Licensee such as Milepost may be forfeited and the company may be declared dissolved.

12. Section 311 of the Act, 15 U.S.C. §687c, provides that if a determination by SBA that a Licensee such as Milepost, or any other person, has engaged in or is about to engage in any acts or practices which constitute or will constitute a violation of the Act or of any Rule or Regulation promulgated pursuant to the Act, or of any order issued under the Act, then SBA may make application for an injunction, and such Court shall have jurisdiction of such action and grant a permanent or temporary injunction, or other relief without bond, upon a showing that such Licensee has engaged in or is about to engage in any such acts or practices. The Court is authorized to appoint SBA to act as receiver for such Licensee.

## COUNT ONE

## CAPITAL IMPAIRMENT

13. Paragraphs 1 through 12 are incorporated herein by reference.

4

**COMPLAINT FOR RECEIVERSHIP AND INJUNCTION**

14. Section §107.1830(c) of the Regulations requires that Milepost not have a condition of Capital Impairment of greater than 85%, as that term is defined under the Regulations.

15. Based on the SBA Form 468 submitted by Milepost for the period ending December 31, 2002, SBA determined that Milepost had a condition of Capital Impairment percentage, as that term is defined under the Regulations, of 182%.

16. By letter dated April 8, 2003, SBA notified Milepost that SBA was placing Milepost into Restrictive Operations, pursuant to 13 C.F.R. § 107.1820(e)(3), and was imposing Restrictive Operation Remedies pursuant to 13 C.F.R. § 107.1820(f) and gave Milepost 15 (fifteen) days to cure their condition of capital impairment.

17. Milepost failed to cure its condition of capital impairment. Therefore as a further consequence of its condition of capital impairment, Milepost was transferred to liquidation status by SBA on April 25, 2003.

18. To date, Milepost has failed to cure its condition of Capital Impairment. The entire principal balance of Participating Securities purchased by SBA of $16,265,000 remains outstanding.

19. Milepost's failure to cure its condition of Capital Impairment is a violation of §107.1830(b) of the Regulations.

20. Milepost's non-compliance with its terms of Leverage under 13 C.F.R. §107.1830(b) is also a violation of Section 13 C.F.R. §107.507(a) of the Regulations for nonperformance of the terms of its Participating Securities and nonperformance of its Application for SBIC License, which is a written agreement with SBA.

5

**COMPLAINT FOR RECEIVERSHIP AND INJUNCTION**

Case 3:05-cv-01195-EMC   Document 1   Filed 03/23/2005   Page 6 of 9
Case 2:05-mc-03257-MEF   Document 1   Filed 03/23/2005   Page 6 of 9

21.     SBA has determined that Milepost is not in compliance with its terms of Leverage due to its uncured condition of Capital Impairment and is in violation of the Regulations, 13 C.F.R. §§107.1830(b) and 507(a).

22      As a consequence of Milepost's violation of 13 C.F.R. §§107.1830(b) and 507(a) of the Regulations, SBA is entitled to the injunctive relief provided under the Act, 15 U.S.C. §687(d) and 687c, including the appointment of SBA as Receiver of Milepost.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays as follows:

A.      That injunctive relief, both preliminary and permanent in nature, be granted restraining Milepost, its managers, general partners, directors, officers, agents, employees, and other persons acting in concert or participation therewith from: (1) making any disbursements of Milepost's funds; (2) using, investing, conveying, disposing, executing or encumbering in any fashion any funds or assets of Milepost, wherever located; and (3) further violating the Act or the Regulations promulgated thereunder.

B.      That this Court determine and adjudicate Milepost's noncompliance with and violation of the Act and the Regulations promulgated thereunder.

C.      That this Court, pursuant to 15 U.S.C. §687c, take exclusive jurisdiction of Milepost and all of its assets, wherever located, appoint SBA as receiver of Milepost for the purpose of marshaling and liquidating the assets of Milepost and satisfying the claims of creditors as determined by the Court, and such other relief as contained in the Order filed simultaneously herewith.

//

6
**COMPLAINT FOR RECEIVERSHIP AND INJUNCTION**

D.     That this Court grant such other relief as may be deemed just and equitable.

Respectfully submitted,

KEVIN V. RYAN
UNITED STATES ATTORNEY

Dated: March 23, 2005          By:    /s/ Edwin L. Joe
                                      EDWIN L. JOE
                                      Special Assistant United States Attorney

Of Counsel:


ARLENE M. EMBREY, ESQ.
Trial Attorney

U.S. Small Business Administration
409 Third Street, Seventh Floor
Washington, D.C. 20416
Telephone:  (202) 205-6976
Facsimile:  (202) 481-0324
Email:      arlene.embrey@sba.gov

7

COMPLAINT FOR RECEIVERSHIP AND INJUNCTION

ADRMOP, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:05-cv-01195-EMC

United States of America v. Milepost Ventures, LP
Assigned to: Hon. Edward M. Chen
Demand: $0
Cause: 15:631 Small Business Act

Date Filed: 03/23/2005
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America**                represented by    **Edwin L. Joe**
U.S. Small Business Administration
455 Market Street, 6th Floor
San Francisco, CA 94105
415-744-8494
Email: Edwin.Joe@SBA.GOV
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Milepost Ventures, LP**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2005 | 1 | COMPLAINT For Receivership & Injunction - [Summons Issued] against Milepost Ventures, LP, [Filing Fee: Waived/Government Entered on 3/23/05]. Filed by PlaintiffUnited States of America. (tn, COURT STAFF) (Filed on 3/23/2005) Additional attachment(s) added on 4/6/2005 (tn, COURT STAFF). (Entered: 03/24/2005) |
| 03/23/2005 | | SUMMONS Issued as to The Corporation Trust Company, Registered Agent for Defendant Milepost Ventures, LP. (tn, COURT STAFF) (Entered: 03/24/2005) |
| 03/23/2005 | | SUMMONS Issued as to Milepost Ventures Management, Inc. General Partner of Defendant Milepost Ventures, LP. (tn, COURT STAFF) (Entered: 03/24/2005) |
| 03/23/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due 8/24/2005 & Initial Case Management Conference set for 8/31/2005 01:30 PM. (Attachments: # 1 Standing Order).(tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/23/2005 | | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) |

6/7/2005

| | | | |
|---|---|---|---|
| | | | (Entered: 03/24/2005) |
| 05/10/2005 | | 3 | CLERK'S NOTICE re consent or decline to proceed before magistrate judge; counsel to respond by 5/24/05. (bpf, COURT STAFF) (Filed on 5/10/2005) (Entered: 05/10/2005) |
| 05/23/2005 | | 4 | CONSENT to Proceed Before a US Magistrate Judge by United States of America.. (Joe, Edwin) (Filed on 5/23/2005) (Entered: 05/23/2005) |
| 05/23/2005 | | 5 | CONSENT to Proceed Before a US Magistrate Judge by United States of America.. (Attachments: # 1 Signature Page (Declarations/Stipulations) Defendant's Consent and Signature)(Joe, Edwin) (Filed on 5/23/2005) (Entered: 05/23/2005) |
| 05/23/2005 | | 6 | SUMMONS Returned Executed by United States of America. Milepost Ventures, LP served on 4/1/2005, answer due 4/21/2005. *By Mailed Extended to May 2, 2005* (Attachments: # 1 Signature Page (Declarations/Stipulations) Signature on Proof of Service on Registered Agent)(Joe, Edwin) (Filed on 5/23/2005) (Entered: 05/23/2005) |
| 05/23/2005 | | 7 | SUMMONS Returned Executed by United States of America. Milepost Ventures, LP served on 4/14/2005, answer due 5/4/2005. *General Partner Served* (Attachments: # 1 Signature Page (Declarations/Stipulations) Signature for Service on General Partner)(Joe, Edwin) (Filed on 5/23/2005) (Entered: 05/23/2005) |
| 05/23/2005 | | 8 | STIPULATION *for Consent Order of Receivership* by United States of America. (Attachments: # 1 Signature Page (Declarations/Stipulations) Original with Parties Signatures/Not on pleading paper)(Joe, Edwin) (Filed on 5/23/2005) (Entered: 05/23/2005) |
| 05/23/2005 | | 9 | AFFIDAVIT of Service for e-filing Notification and Submission of Stipulation on Consent Order served on Milepost Ventures, L.P on 05/23/2005, filed by United States of America. (Joe, Edwin) (Filed on 5/23/2005) (Entered: 05/23/2005) |
| 05/25/2005 | | 10 | CERTIFICATE OF SERVICE by United States of America re 8 Stipulation, 9 Affidavit of Service *on Proposed Consent Order* (Attachments: # 1 Signature Page (Declarations/Stipulations))(Joe, Edwin) (Filed on 5/25/2005) (Entered: 05/25/2005) |
| 06/03/2005 | | 11 | ORDER APPROVING STIPULATION FOR RECEIVERSHIP ORDER. Signed by Judge Edward M. Chen on 6/3/05. (bpf, COURT STAFF) (Filed on 6/3/2005) (Entered: 06/03/2005) |

6/7/2005